1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE ANTONIO MARTINEZ,                    Case No.  1:24-cv-01079-JLT-BAM

12                  Plaintiff,                   ORDER DENYING MOTION FOR ANSWER
                                                 OR FOR ENTRY OF DEFAULT JUDGMENT
13          v.
                                                 (ECF No. 23.)
14    GALVIN, *et al.*,
                                                 ORDER DIRECTING DEFENDANTS TO RE-
15                  Defendants.                  SERVE COURTESY COPY OF ANSWER ON
                                                 PLAINTIFF WITHIN **FIVE (5) DAYS**
16

17          Plaintiff Jose Antonio Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

18    *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19    Plaintiff's first amended complaint against Defendants J. Galvin and D. Burns ("Defendants") for

20    violation of the First Amendment based on an as-applied challenge to the policy withholding the

21    photographs.

22          Defendants filed executed waivers of service on June 12, 2025, (ECF No. 19), and

23    answered the first amended complaint on July 14, 2025, (ECF No. 20).  This case is currently set

24    for a video settlement conference on October 6, 2025, at 9:30 a.m. before Magistrate Judge

25    Stanley A. Boone.  (ECF No. 21.)

26          Currently before the Court is Plaintiff's "Motion to Move that the Court have the

27    Defendants Answer the Civil Complaint in the Above Entitled Case, or that Plaintiff Gets a

28    Default Judgment."  (ECF No. 23.)  Although Defendants have not yet had an opportunity to file

                                                 1

1    a response, the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule

2    230(l).

3         In his motion, Plaintiff seeks that "Defendants answer this civil complaint or face a default

4    judgment." (ECF No. 23 at 1.)  Plaintiff states that "Defendants had until 7-14-2025 to answer

5    said complaint." (*Id.*)  Plaintiff now moves that the Court have Defendants answer his civil

6    complaint, and if Defendants "fail to answer or refuse to answer this complaint, that a default

7    judgment be entered against them and Plaintiff be awarded $50,000 & the 73 photographs." (*Id*)

8         Plaintiff's motion is denied.  As noted above, Defendants filed an answer to the first

9    amended complaint on July 14, 2025. (ECF No. 20.)  As Plaintiff was served by mail, he would

10   not have received the answer on the same date that it was filed with the Court.  Because

11   Defendants' answer was timely filed with the Court, even if not immediately received by

12   Plaintiff, entry of default or default judgment is not appropriate.

13        However, based on Plaintiff's Notice of Change of Address dated July 28, 2025, he may

14   not have received a copy of Defendants' answer. (ECF No. 22.)  As a one-time courtesy to

15   Plaintiff, the Court will direct Defendants to re-serve their answer on Plaintiff at his current

16   address of record.

17        Accordingly, IT IS HEREBY ORDERED as follows:

18        1.  Plaintiff's motion to have the defendants answer the complaint or for default judgment

19            (ECF No. 23) is DENIED; and

20        2.  Within **five (5) days** from the date of service of this order, Defendants are DIRECTED

21            to re-serve a copy of their answer, (ECF No. 20), on Plaintiff.

22

23   IT IS SO ORDERED.

24   Dated:    **August 14, 2025**                    /s/ *Barbara A. McAuliffe*          _

25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                    2