UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>GALVIN, *et al.*,<br><br>  Defendants. | Case No.: 1:24-cv-01079-JLT-BAM (PC)<br><br>ORDER THAT INMATE JOSE ANTONIO MARTINEZ IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Jose Antonio Martinez is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on October 6, 2025. Inmate Jose Antonio Martinez, CDCR #J-78494 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge